# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HARRIET KAPLAN and
PATRICIA MARTINEZ,

    Plaintiffs,

v.                                      Case No: 8:13-cv-3124-T-30EAJ

DAN'S ISLAND 1660 CONDOMINIUM
ASSOCIATION, INC. and DOUG
CHANDLER,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal (Dkt. #21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-3124 dismiss 21.docx